IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,[1]<br><br>Debtors.<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>1055 HANOVER, LLC and 1 IMESON PARK BLVD, LLC,<br><br>Defendants. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br>Adv. Proc. No. 21-07011 (RDD)<br><br>**Re: Docket No. 2**<br><br>**[NO HEARING REQUIRED]** |

### DEFENDANTS' CORPORATE OWNERSHIP STATEMENT

### [FEDERAL RULE BANKRUPTCY PROCEDURE 7007.1]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SHC Licensed Business LLC (3718); and SHC Promotions LLC (9626). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**TO THE HONORABLE JUDGE ROBERT D. DRAIN AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendants 1055 Hanover, LLC ("Hanover") and 1 Imeson Park Blvd, LLC ("Imeson") state as follows:

Hanover is a Delaware limited liability company.  The sole member and manager of Hanover is 1055 Hanover Holding, LLC ("Hanover Holding").  The sole member and manager of Hanover Holding is LBA Fund VI-MM Industrial II, LLC ("MM Industrial II").  The sole member of MM Industrial II is LBA REIT VI, LLC ("LBA REIT").  The sole member of LBA REIT is LBA Realty Fund VI, LP ("Fund VI").  Fund VI is indirectly managed by LBA Realty LLC ("LBA Realty").  SAS Allianz Logistique ("Logistique") is a 12.1% owner of Fund VI. Logistique is 100% owned by Allianz SE a publicly traded entity.

///

///

///

Imeson is a Delaware limited liability company. The sole member and manager of Imeson is 1 Imeson Park Blvd Holding, LLC ("Imeson Holding"). The sole member and manager of Imeson Holding is LBA Fund VI Industrial II, LLC ("Industrial II"). The sole member of Industrial II is LBA Fund VI-MM Industrial, LLC ("MM Industrial"). MM Industrial is a joint venture that is 54.5275% owned by LBA REIT. The sole member of LBA REIT is Fund VI. Fund VI is indirectly managed by LBA Realty.

Dated: March 29, 2021
       New York, New York

KELLEY DRYE & WARREN LLP

/s/ Robert L. LeHane
Robert L. LeHane, Esq.
Philip A. Weintraub, Esq.
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
Michael S. Greger, Esq. (CA Bar No. 156525)
Ivan M. Gold (CA Bar No. 121486)
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Tel: (949) 553-1313
Fax: (949) 553-8354
Email: mgreger@allenmatkins.com
Email: igold@allenmatkins.com

*Attorneys for* Defendants 1055 Hanover, LLC and 1 Imeson Park Blvd, LLC